UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIAS Q. LECHUGA,<br><br>Defendant. | CR08-M14-01<br><br>GOVERNMENT'S RESPONSE TO MOTION FOR DISCLOSURE |

The United States hereby responds to the defendant's discovery motion. As a preliminary matter, the United States informs the Court of its intention to comply with the Court's Order Fixing Dates, the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3500 in providing discovery to the defendant in this case. The United States also agrees to provide the defendant with any materials required under the holdings in *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972). The United States, however, objects to the Court entering any order directing the United States to provide discovery beyond those requirements.

The United States responds to the defendant's specific requests as follows:

The United States agrees to permit the defendant to inspect and/or copy or photograph all books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody, or control of the government, and which are material to the preparation of the defendant's defense, or are intended for use by the government as evidence in chief at trial, or which were obtained from or belong to the defendant as required by Rule 16(a)(1)(E).

The United States agrees to permit the defendant to inspect and/or copy or photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial as required by Rule 16(a)(1)(F).

Rule 16 does not require production of statements of government witnesses or prospective government witnesses except as provided in 18 U.S.C. § 3500. *See* Fed. R. Crim. P. 16(a)(2). Pursuant to the Court's Order Fixing Dates, the United States agrees to provide to the defendant all witness statements as defined in Rule 26.2(f) and 18 U.S.C. § 3500(e) no later than the Friday prior to the scheduled trial date. The United States otherwise objects to this request.

Dated and electronically filed this 8th day of April, 2008.

MARTY J. JACKLEY
United States Attorney

*/s/ JOHN E. HAAK*

JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of April, 2008, a true and correct copy of the foregoing was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

Sara L. Burnette – via e-filing

*/s/ JOHN E. HAAK*
JOHN E. HAAK
Assistant United States Attorney