UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
APR 2 1 2008
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELIAS QUINONEZ LECHUGA,

Defendant.

CR08-40046-02

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named Defendant and counsel for the United States of America that the Court may enter the following Order concerning the handling and disposition of discovery materials turned over to the defense.

MARTY J. JACKLEY
United States Attorney

4-21-08
Date

JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

4-19-08
Date

Sara L. Burnette
Attorney for Defendant

# ORDER

Upon the foregoing Stipulation and for good cause shown,

IT IS HEREBY ORDERED that any discovery materials, including but not limited to statements and summaries of interviews of witnesses furnished by the prosecution to the defense, shall not be used by the defendant or his/her attorney for any other purpose other than in direct relationship to this case and no further disclosure should be made of these items. Defense counsel shall not photocopy the materials, shall keep the items furnished in his/her possession, and the materials shall not be given to the defendant or anyone else without the Court's permission. Defense counsel may allow the defendant to read the discovery materials but only in the presence of defense counsel.

IT IS FURTHER ORDERED that said documents shall be immediately returned to attorneys for the United States of America upon disposition of the case.

Dated this _______ day of ______________, 2008.

BY THE COURT:

______________________________

JOHN E. SIMKO
United States Magistrate Judge

ATTEST:
JOSEPH A. HAAS, Clerk

By: ______________________________
Deputy