UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 30 2008
CLERK

******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-40046 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| CLEMENTE CARLOS PEREZ-PANTALEON; ELIAS QUINONEZ LECHUGA, a/k/a Elias Q. Lechuga; and BRIANNA LEIGH SCHENK, | * | |
| Defendants. | * | |

******************************************************************************

Defendant Brianna Leigh Schenk filed a Motion for Continuance, Doc. 41, by her counsel Stacy F. Kooistra. Subsequent to the filing, counsel Kooistra was replaced by Attorney Michael Hanson, who filed a Motion for Continuance, Doc. 43, requesting the plea deadline be extended. After consideration of the file herein, the Court finds that failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and further that failure to grant the continuance would deny the public interest in bringing this case to trial in an orderly fashion. Further, the Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendants in a speedy trial. For all of those reasons as well as those set forth in the Motions,

IT IS ORDERED:

1. That Defendant Brianna Leigh Schenk's Motion for Continuance, Doc. 41, is denied as moot.

2. That Defendant Brianna Leigh Schenk's Motion for Continuance, Doc. 43, is granted.

3. That June 9, 2008, is hereby set as the deadline for submission to the Court of any proposed plea agreement.

4. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

5. That the jury trial herein for all Defendants shall commence in Sioux Falls, South Dakota, on Tuesday, July 1, 2008, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

6. That the period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense for the Defendants must commence, as the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated this 30th day of May, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: ______________________
DEPUTY