UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLEMENTE CARLOS PEREZ-PANTALEON and ELIAS QUINONEZ LECHUGA,

Defendants.

CR08-40046-01 and -02

GOVERNMENT'S MOTIONS IN LIMINE

Comes now the United States of America, by and through Assistant United States Attorney John E. Haak, and submits the following motions in limine for consideration by the Court.

1. Motion to Preclude Reference to Penalty or Punishment. The government moves the Court in limine for an order precluding the defendants, their attorneys, or any witnesses from making any comment or reference, whether direct or indirect, to penalty or punishment in this case. By this motion, the government seeks to preclude any reference to penalty or punishment at any point in the trial, but in particular, if a defendant chooses to testify, to preclude any questioning related to his "future plans." Penalty, punishment, or *ramifications or consequences* following imposition of punishment are not relevant in this case. This issue is not within the purview of the jury and should not be referred to either directly or indirectly by either party. *See United States v. Thomas*, 895 F.2d 1198 (8th Cir. 1990).

2. Motion to Preclude Reference to Opinion as to Guilt or Innocence. The government moves the Court in limine for an order precluding the defendants, their attorneys, or any witness from making any comments or references, whether direct or indirect, expressing their opinion on

a defendant's guilt or innocence. Any attempt by defense counsel or any witness to express an opinion on the guilt or innocence of a defendant is a clear invasion of the province of the jury. It is not relevant evidence and should not be allowed.

Dated and electronically filed this 8th day of July, 2008.

MARTY J. JACKLEY
United States Attorney

*/s/ JOHN E. HAAK*

JOHN E. HAAK
Assistant United States Attorney
P.O. Box 3303
Sioux Falls, SD 57101-3303
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of July, 2008, a true and correct copy of the foregoing was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

Nichole A. Carper – via e-filing

Sara L. Burnette – via e-filing

*/s/ JOHN E. HAAK*

JOHN E. HAAK
Assistant United States Attorney