FILED
JUL 25 2008
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*****************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-40046-02 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| ELIAS QUINONEZ LECHUGA, | * | |
| Defendant. | * | |

*****************************************************************************

The Defendant Elias Quinonez Lechuga entered a plea of guilty on July 15, 2008, and a sentencing date was scheduled. Upon the Court's own motion, the sentencing hearing is continued. Accordingly,

IT IS ORDERED:

1. That the sentencing of Elias Quinonez Lechuga will be held on Monday, October 27, 2008, at 2:30 P.M., in Sioux Falls, South Dakota.

2. That the presentence report will be made available to counsel and the Defendant on or before September 22, 2008.

3. That if counsel for the Government or for the Defendant has any objections to the presentence report, a written statement of objections shall be submitted to the probation officer by the close of business on October 6, 2008.

4. That if the parties file a sentencing memorandum or similar document, it must be filed by the Tuesday before the sentencing date, and a copy provided to the Probation Office.

Dated this 25th day of July, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY:______________________
DEPUTY