X FILED ___ LODGED
___ RECEIVED X COPY

MAY 23 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___________ DEPUTY

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:08CR40046-002

DOCKET NUMBER *(Rec. Court)*
**CR-16-50103-PHX-SRB**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Elias Quinonez Lechuga | SOUTH DAKOTA | SOUTHERN | |
| | NAME OF SENTENCING JUDGE | | |
| | Lawrence L. Piersol, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE. | FROM 03/02/2012 | TO 03/11/2017 |

OFFENSE
Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

**IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.***

May 12, 2016
*Date*

Lawrence Piersol
Lawrence L. Piersol, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.**

5-19-16
*Effective Date*

[signature]
*United States District Judge*